IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR273 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HECTOR JAVIER GARCIA-MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's request for corrections to the presentence investigation report (filing 22) will be resolved at sentencing.

    December 9, 2005.                        BY THE COURT:

                                                             s/ *Richard G. Kopf*
                                                             United States District Judge