IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR273 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HECTOR JAVIER GARCIA-MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The defendant's motion to continue sentencing (filing 25) is granted;

(2)    Defendant Garcia-Mendez's sentencing is continued to 1:00 p.m. on Friday, February 17, 2006, before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

January 9, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge